Kevin G. Little, SBN 149818
Michelle L. Tostenrude, SBN 290121
**LAW OFFICE OF KEVIN G. LITTLE**
Post Office Box 8656
Fresno, CA 93747
Telephone: (559) 342-5800
Facsimile: (559) 242-2400
E-Mail: service@kevinglittle.com

Attorneys for Plaintiffs Pearl Coleman, Mitchell Snell,
Mamie Johnson, and Marie Snell

# UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA – FRESNO DIVISION

| | |
|---|---|
| PEARL COLEMAN; MITCHELL SNELL; MAMIE JOHNSON; and MARIE SNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DAVID ROBINSON, KINGS COUNTY SHERIFF, CORONER, AND PUBLIC ADMINISTRATOR; WAYNE BRABANT, DEPUTY CORONER; BARBARA BLACKBURN, DEPUTY CORONER,<br><br>Defendants. | Case No.: 1:24-cv-00659-KES-HBK<br><br>**ORDER RE: STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING THE SCHEDULING ORDER DEADLINES**<br><br>**(DOC. NO. 30)** |

Pursuant to the Court's inherent and statutory authority, including but not limited to the Court's authority under the applicable Federal Rules of Civil Procedure and the United States District Court, Eastern District of California Local Rules; after due consideration of all of the relevant pleadings, papers, and records in this action; and upon such other evidence or argument as was presented to the Court; Good Cause appearing therefore, and in furtherance of the interests of justice, the Court Grants the Joint Request (Doc. No. 30).

Accordingly, IT IS HEREBY ORDERED that the Scheduling Order is this matter is modified as follows:

- 1 -
ORDER RE: STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING THE SCHEDULING ORDER DEADLINES

| EVENT | CURRENT DEADLINE | CONTINUED DEADLINE |
|---|---|---|
| Deadline to complete Non-Expert Discovery | October 1, 2025 | February 2, 2026 |
| Deadline for Plaintiffs to disclose Expert Report(s) | November 13, 2025 | March 13, 2026 |
| Deadline for Defendants to disclose Expert Report(s) | November 13, 2025 | March 13, 2026 |
| Deadline for disclosing any Expert Rebuttal Report(s) | January 5, 2026 | May 4, 2026 |
| Deadline for Expert Discovery | January 30, 2026 | May 29, 2026 |
| Deadline to file Pre-Trial Dispositive Motions | April 8, 2026 | August 7, 2026 |

IT IS SO ORDERED.

Dated:   September 25, 2025

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

ORDER RE: STIPULATION AND JOINT REQUEST FOR AN ORDER MODIFYING THE SCHEDULING ORDER DEADLINES