UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEARL COLEMAN, MITCHELL SNELL, MAMIE JOHNSON, and MARIE SNELL,

Plaintiffs,

v.

COUNTY OF KINGS, DAVID ROBINSON, *Kings County Sheriff, Coroner, Public Administrator,* WAYNE BRABANT, *Deputy Coroner, and* BARBARA BLACKBURN, *Deputy Coroner*,

Defendants.

Case No.  1:24-cv-00659-KES-HBK

ORDER GRANTING SECOND JOINT MOTION TO EXTEND CASE MANAGEMENT DEADLINES

(Doc. 32)

On January 23, 2026, Plaintiffs PEARL COLEMAN, MITCHELL SNELL, MAMIE JOHNSON, and MARIE SNELL, and Defendants COUNTY OF KINGS, DAVID ROBINSON, WAYNE BRABANT, and BARBARA BLACKBURN  (collectively "the Parties") filed a second joint request to further extend the case management deadlines.  (Doc. 32).  Defendants' motion to dismiss Plaintiff's first amended complaint is submitted and remains pending before the district court.  (*See* Docs. 22, 23, 24, 25).  The Court finds good cause to grant the joint motion.  Fed. R. Civ. P. 16(b)(4).  The extension of the dispositive deadline date necessitates extensions to the pretrial and trial dates consistent with the district court's scheduling preferences.

Accordingly, it is **ORDERED**:

1.  The Parties' joint motion to further extend the case management deadlines (Doc. 32) is GRANTED to the extent set forth herein.

2.  The following dates shall govern the management of this action going forward.

| Action or Event | Date |
|---|---|
| Deadline to complete non-expert discovery. *See* Fed. R. Civ. P. 37. | 05/04/2026 |
| Deadline for plaintiff to disclose expert report(s). *See* Fed. R. Civ. P. 26(a)(2). | 06/15/2026 |
| Deadline for defendants to disclose expert report(s). | 06/15/2026 |
| Deadline for disclosing any expert rebuttal report(s). | 08/03/2026 |
| Deadline for expert discovery. | 08/31/2026 |
| Deadline to file pre-trial dispositive motions.  *See* Fed. R. Civ. P. 56. | 11/09/2026 |
| Deadline to file final joint pretrial statement, motion(s) *in limine*, proposed jury instructions, and verdict form. *See* Local Rules 281, 282. | 04/05/2027 |
| Date of the final pretrial conference. *See* Fed. R. Civ. P. 16(e); *See* Local Rule 280, 281, 282, 283.  (Monday) | 04/19/2027 at 1:30 p.m. |
| Trial Date. (Tuesday) | 06/01/2027 at 8:30 a.m. |

3.  The deadlines and procedures set forth in the Case Management and Scheduling Order issued on September 20, 2024  (Doc. 14) otherwise will govern this action.

Dated:    January 26, 2026

_____
HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2