UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEARL COLEMAN, et al.,

          Plaintiffs,

      v.

COUNTRY OF KINGS, et al.,

          Defendants.

Case No.  1:24-cv-00659-KES-HBK

ORDER GRANTING MOTION FOR RELIEF FROM LOCAL RULE 251

ORDER VACATING HEARING SET FOR MARCH 23, 2026 AT 1:00 P.M.

(Doc. 36)

Pending before the Court is Plaintiffs' Motion from Relief From Requirement to File Joint Statement Re: Discovery Disagreement Pursuant to Local Rule 251(e)(1), filed on March 4, 2026. (Doc. 36).  Pursuant to Local Rule 251(e)(1),  Plaintiffs seek to be relieved of Local Rule 251(b)'s requirement to file a Joint Statement re Discovery Disagreement in connection with Plaintiffs' Motion to Compel the Third-Party Deposition of Corporal Ryan O'Barr and Request for Sanctions.  Plaintiffs state that Corporal Ryan O'Barr failed to appear for his deposition after being properly notified, filed no motion to quash the subpoena, filed no objection to Plaintiffs' Motion to Compel, and has otherwise remained silent; thus, there is no "disagreement" to frame. (Doc. 36 at 3).

Local Rule 251(e) provides that the requirement for a Joint Statement re: Discovery Disagreement is waived where there has been a "complete and total failure" to respond to

discovery or a failure to appear at a properly noticed deposition.  Local Rule 251(e)(1).  Here, third-party Corporal Ryan O'Barr failed to appear at his deposition, did not file a motion to quash, and did not file an opposition to Plaintiffs' Motion to Compel.  Thus, the Court agrees that Plaintiffs are excepted from filing a Joint Statement Re: Discovery Disagreement under Local Rule 251(b).

Further,  upon preliminary review of Plaintiffs' Motion to Compel the Third-Party Deposition of Corporal Ryan O'Barr and Request for Sanctions, the Court deems the matter suitable for decision without oral argument.  Thus, on the Court's own motion pursuant to Local Rule 230(g), the hearing scheduled for March 23, 2026 on Plaintiffs' Motion to Compel will be vacated and the Motion will be deemed ripe for review.

Accordingly, it is hereby ORDERED:

1.  Plaintiffs' Motion from Relief From Requirement to File Joint Statement Re: Discovery Disagreement Pursuant to Local Rule 251(e)(1) (Doc. 36) is GRANTED.

2.  The Court VACATES the hearing set for March 23, 2026 at 1:00 P.M. on Plaintiffs' Motion to Compel and Request for Sanctions (Doc. 34) and deems the matter submitted on the pleadings and record before the Court.

Dated:    March 9, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2