UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

PEARL COLEMAN, MITCHELL SNELL, MAMIE JOHNSON, and MARIE SNELL,

Plaintiffs,

v.

COUNTY OF KINGS, DAVID ROBINSON, Kings County Sheriff, Coroner, Public Administrator, WAYNE BRABANT, Deputy Coroner, and BARBARA BLACKBURN, Deputy Coroner,

Defendants.

Case No.  1:24-cv-00659-KES-HBK

ORDER GRANTING JOINT MOTION TO EXTEND CERTAIN CASE MANAGEMENT DEADLINES

(Doc. 40)

On June 15, 2026, Plaintiffs Pearl Coleman, Mitchell Snell, Mamie Johnson, and Marie Snell, and Defendants County of Kings, David Robinson, Wayne Brabant, and Barbara Blackburn (collectively, "the Parties") jointly moved to extend the expert discovery deadlines.  (Doc. 40). The Court finds the Parties have demonstrated good cause to extend the expert discovery deadlines in light of the pending motion to dismiss, the parties' ongoing settlement negotiations, and their mutual interest in avoiding additional litigation expenses.  *See* Fed. R. Civ. P. 16(b)(4). The extended expert discovery deadline shall apply to all depositions previously noticed, including those of Plaintiffs.

*////*

Accordingly, it is ORDERED:

1.  The Parties' joint motion to extend the expert discovery deadlines (Doc. 40) is GRANTED to the extent set forth herein.

    a.  The deadline to disclose expert reports is July 31, 2026.

    b.  The deadline to disclose expert rebuttal reports is September 18, 2026.

    c.  The deadline to complete expert discovery is October 16, 2026.

    d.  The deadline to complete all previously noticed depositions is October 16, 2026.

2.  All other deadlines in the January 26, 2026 Order (Doc. 33) remain in effect.


Dated:    June 16, 2026

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE

2