James J. Arendt, Esq. Bar No. 142937
Matthew P. Bunting, Esq. Bar No. 306034
**WEAKLEY & ARENDT**
A Professional Corporation
5200 N. Palm Avenue, Suite 211
Fresno, California 93704
Telephone: (559) 221-5256
Facsimile: (559) 221-5262
James@walaw-fresno.com
Matthew@walaw-fresno.com

Attorneys for Defendants County of Kings; David Robinson, Kings County Sheriff, Coroner, and Public Administrator; Wayne Brabant, Deputy Coroner; and Barbara Blackburn, Deputy Coroner

**UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA, FRESNO DIVISIION**

| | |
|---|---|
| PEARL COLEMAN, MITCHELL SNELL, MAMIE JOHNSON, MARIE SNELL,<br><br>Plaintiffs,<br><br>vs.<br><br>COUNTY OF KINGS; DAVID ROBINSON, KINGS COUNTY SHERIFF, CORONER, AND PUBLIC ADMINISTRATOR; WAYNE BRABANT, DEPUTY CORONER; BARBARA BLACKBURN, DEPUTY CORONER,<br><br>Defendants. | CASE NO. 1:24-CV-00659-KES-HBK<br><br>**ORDER REGARDING DISMISSAL WITH PREJUDICE**<br><br>Date: N/A<br>Time: N/A<br>Ctrm: 6 (7th Floor)<br>District Judge Kirk E. Sherriff<br><br>Complaint Filed: June 4, 2024<br>Trial Date: November 10, 2026 |

Pursuant to the stipulation, by and between the parties, through their respective attorneys of record, (Doc. 42), IT IS HEREBY ORDERED that the above-captioned action be and hereby is dismissed in its entirety, with prejudice, with each party to bear its own costs and attorneys' fees pursuant to Federal Rules of Civil Procedure, Rule 41(a)(1)(A)(ii). All previously scheduled dates and deadlines in this action are VACATED. The Clerk of the Court is directed to terminate pending matters and close this case.

IT IS SO ORDERED.

Dated: July 31, 2026

UNITED STATES DISTRICT JUDGE